# ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED

NOV 22 2011

U.S. COURT OF
FEDERAL CLAIMS

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

                Plaintiffs,

vs.

THE UNITED STATES OF AMERICA

                Defendant.

**Case No.:**

# 11-784 C

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited (collectively, "ArrivalStar" or "Plaintiffs"), by and through their undersigned attorneys, for their complaint against the United States of America ("United States" or "Defendant") allege as follows:

## NATURE OF THE ACTION

1.     This is a claim pursuant to 28 U.S.C. 1498(a) for the recovery of ArrivalStar's reasonable and entire compensation for the unlicensed use and infringement by the Defendant, of the invention claimed in United States Patent Numbers 6,714,859 (" '859 Patent"), 6,904,359 (" '359 Patent"), 7,400,970 (" '970 Patent") and Inter Partes Reexamination Certificate for the '359 Patent ("the '359 Reexam Certificate").

2.     A true and correct copy of the '859 Patent is attached hereto as "Exhibit A." A true and correct copy of the '359 Patent is attached hereto as "Exhibit B." A true and correct copy of the '359 Reexam Certificate is attached hereto as "Exhibit C." A true and correct copy of the '970 Patent is attached hereto as "Exhibit D."

## JURISDICTION

3.      This Court has jurisdiction over the subject matter of this action under 28

U.S.C. §§ 1491(a) and 1498(a) because the inventions claimed in the '859, '359, and '970

Patents and the '359 Reexam Certificate, which are owned by ArrivalStar, have been used by

the Defendant without license by ArrivalStar or lawful right to use the same.

## PARTIES

4.      ArrivalStar S.A. is a corporation organized under the laws of Luxembourg and

having offices at 67 Rue Michel, Welter L-2730, Luxembourg.

5.      Melvino Technologies Limited is a corporation organized under the laws of

the British Virgin Island of Tortola, having offices at P.O. Box 3152, RG Hodge Building,

Road Town, Tortola, British Virgin Islands.

6.      ArrivalStar S.A. and Melvino Technologies Limited have not had a combined

total number of employees greater than 500 employees at any time during the 5-year period

preceding the use or manufacture of the invention described in and covered by the, '859,

'359, and '970 Patents and the '359 Reexam Certificate, by the United States.

7.      ArrivalStar owns all right, title and interest in, and has standing to sue for

infringement of the '859 Patent, entitled "System and method for an advance notification

system for monitoring and reporting proximity of a vehicle," issued March 30, 2004.

8.      ArrivalStar owns all right, title and interest in, and has standing to sue for

infringement of the '359 Patent, entitled "Notification systems and methods with user-

definable notifications based upon occurrence of events," issued June 7, 2005.

2

9.      ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of the '359 Reexam Certificate that issued on May 25, 2010.

10.     ArrivalStar owns all right, title and interest in, and has standing to sue for infringement of the '970 Patent, entitled "System and method for an advance notification system for monitoring and reporting proximity of a vehicle," issued July 15, 2008.

11.     The '859, '359, and '970 patents and the '359 Reexam Certificate are generally directed to arrival and status messaging systems and methods for the transportation, transportation logistics, cargo shipment, package delivery, package tracking and related industries.

12.     The United States is the Defendant in this action based upon the actions and conduct of the United States Postal Service ("USPS"), an independent establishment of the executive branch of the United States. USPS's headquarters are located at 475 L'Enfant Plaza SW, Washington, DC 20260.

**COUNT I: UNLICENSED USE OF THE '859, '359, AND '970**

**PATENTS AND THE '359 REEXAM CERTIFICATE BY THE DEFENDANT**

13.     ArrivalStar incorporates the above paragraphs 1 through 12 by reference as if fully set forth herein.

14.     Upon information and belief, the Defendant, through USPS's use of the Track & Confirm notification system, has used the system and methods claimed by the '859, '359, and '970 patents and the '359 Reexam Certificate, without a license from ArrivalStar or lawful right to use the same.

3

15.     Upon information and belief, the Defendant through the USPS's use of the Track & Confirm notification system, infringes the '859 Patent by using, among other things, a system that is configured to monitor vehicles and report the status of the vehicles, to receive requests from users when the user is expecting to receive a package, to identify a particular vehicle when the user enters the identification number, to retrieve data from a storage system, to allow users to log onto the system using personal computers using a web portal, and to transmit alert notifications to email addresses provided by the users.

16.     Upon information and belief, the Defendant through the USPS's use of the Track & Confirm notification system, infringes the '359 Patent and the '359 Reexam Certificate by using, among other things, a system that allows users to elect to receive an alert for past events or for future events relating to the statuses of mobile vehicle carrying packages, to select the events that will cause the transmission of an alert, and to elect to receive an alert notification when a vehicle accomplishes a number of stops prior to the user's package being delivered, and by using a system that is configured to transmit alert notifications over the internet.

17.     Upon information and belief, the Defendant through the USPS's use of the Track & Confirm notification system, infringes the '970 Patent by using, among other things, an online and computer based system including a website for enabling communication with users who are designated to receive packages and that requests users to enter identification numbers associated with packages for delivery, monitors travel data by scan events, and allows users to elect to receive notifications while a package is en route, when a package is delivered, or both.

4

18.     ArrivalStar's effort to identify all of the additional unlicensed uses of the '859, '359, and '970 patents and the '359 Reexam Certificate is ongoing and will be completed after a reasonable opportunity for discovery in this case.

19.     ArrivalStar's effort to more precisely quantify the extent of damages is ongoing and will be completed after a reasonable opportunity for discovery in this case.

20.     ArrivalStar is entitled to reasonable and entire compensation for the Defendant's unlicensed use of the '859, '359, and '970 patents and the '359 Reexam Certificate in violation of ArrivalStar's patent rights.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs ask this Court award to ArrivalStar:

A.      Reasonable and entire compensation for the unlicensed (or otherwise unlawful) use of the '859, '359, and '970 patents and the '359 Reexam Certificate by or for the Defendant, in amount believed to be not less than $10,000,000.00;

B.      ArrivalStar's reasonable fees for expert witnesses and attorneys, plus its costs;

C.      Pre-judgment interest (or "delay compensation") and post-judgment interest;

D.      Entry of a judgment that Defendant, through USPS, used the '859, '359, and '970 patents and the '359 Reexam Certificate without license or authorization by ArrivalStar; and

E.      Such other and further relief as this Court deem proper and just.

Dated: November 21, 2011

Respectfully submitted,

Francis J. Gorman
FJGorman@gandwlaw.com
Gorman & Williams
36 S. Charles Street, Suite 900
Baltimore, MD 21201
(410) 528-0600
(410) 528-0602 (fax)
**ATTORNEYS FOR PLAINTIFFS
ARRIVALSTAR S.A. and
MELVINO TECHNOLOGIES
LIMITED**

6