**ORIGINAL**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED, <br><br> Plaintiffs, <br><br> vs. <br><br> THE UNITED STATES OF AMERICA <br><br> Defendant. | Case No.: <br><br> 11-784 C |

FILED
NOV 22 2011
U.S. COURT OF
FEDERAL CLAIMS

### LR 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Plaintiff, ArrivalStar S.A. ("ArrivalStar"), states that it has no parent corporations and that no publicly held company owns 10% or more of ArrivalStar's stock.

Date: **November 21, 2011**

Respectfully submitted,

*/s/ Francis J. Gorman*
Francis J. Gorman
FJGorman@gandwlaw.com
Gorman & Williams
36 S. Charles Street, Suite 900
Baltimore, MD 21201
(410) 528-0600
(410) 528-0602 (fax)
**ATTORNEYS FOR PLAINTIFFS
ARRIVALSTAR S.A. and
MELVINO TECHNOLOGIES LIMITED**