# In The United States Court of Federal Claims

No. 11-784C

(Filed: January 17, 2012)

_____

ARRIVALSTAR S.A. and
MELVINO TECHNOLOGIES LIMITED,

           Plaintiffs,

v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

    On January 13, 2012, defendant filed a motion for extension of time of 60 days to respond to plaintiff's complaint. The motion is hereby **GRANTED**. On or before March 23, 2012, defendant shall file its response. **No further enlargement of this deadline will be granted.**

    **IT IS SO ORDERED.**

                                           s/ Francis M. Allegra
                                           Francis M. Allegra
                                           Judge