IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED,<br><br>  Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>  Defendant. | No. 11-784 C<br><br>Judge Francis M. Allegra |

**DEFENDANT'S UNOPPOSED MOTION FOR RULE 14(b) NOTICE TO MOTOROLA**

Pursuant to Rule 14(b) of the Rules of the Court of Federal Claims ("RCFC"), Defendant, the United States ("the government"), respectfully requests that the Court issue a notice to the following third party to appear, if it so desires, as a party to this lawsuit and to assert whatever interest it may have herein:

> Motorola Solutions, Inc.
> Attention:  Frank W. Kenniasty, Esq.; Senior Counsel
> 7031 Columbia Gateway Drive, 3rd Floor
> Columbia, Maryland  21046-2289

By telephone conversation on February 22, 2012, counsel for Plaintiffs advised counsel for the government that Plaintiffs do not oppose this Motion.

**STATEMENT IN SUPPORT OF MOTION**

In this lawsuit, Plaintiffs are seeking compensation for the alleged "unauthorized use and infringement by" the United States with respect to the Track & Confirm notification system ("Track & Confirm") used by the United States Postal Service ("Postal Service").  Complaint ¶¶ 1, 14; see also 28 U.S.C. § 1498(a).  Plaintiffs allege that Track & Confirm infringes:

(1)   United States Patent No. 6,714,859;

1

  (2)  United States Patent No. 6,904,359 as amended by its Reexamination Certificate; and

  (3)  United States Patent No. 7,400,970.

Complaint ¶¶ 14-16.  Upon information and belief, the Postal Service purchased devices used to gather data ultimately used for Track & Confirm from Motorola Solutions, Inc. ("Motorola") pursuant to a contract.

  Rule 14(b) of the RCFC provides a means for a third party, with an apparent interest in the outcome of the litigation, to enter the action if it so desires.  Although notice affords the third party an opportunity to defend its interests, it does not compel the third party to appear.  See Carrier Corp. v. United States, 534 F.2d 244, 251-52 (Ct. Cl. 1976); Rockwell Int'l Corp. v. United States, 31 Fed. Cl. 536, 539-40 (1994).

  Motorola has an apparent interest in the outcome of this litigation, and should be afforded an opportunity to enter the action as a third-party defendant if it so desires.  Motorola's interest in this litigation is at least twofold.  First, Motorola may be obligated to indemnify the government based upon an express patent indemnification clause in its contract with the Postal Service.  Second, apart from the question whether Motorola is a potential indemnitor, it may have commercially reproduced, or may desire to reproduce in the future, the devices.  Thus, Motorola may now have an interest in appearing as a third-party defendant in this action to establish its right to reproduce the devices free from claims of infringement of the three patents-in-suit.

  The issuance of the requested notice conforms to the established practice of this Court.  See Bowser, Inc. v. United States, 420 F.2d 1057, 1060 (Ct. Cl. 1970); Myrtle Beach Pipeline Co. v. United States, 6 Cl. Ct. 363, 365 (1984).

## CONCLUSION

For the above reasons, the government respectfully requests that the Court issue notice to Motorola pursuant to Rule 14 of the RCFC.

                                        Respectfully submitted,

                                        TONY WEST
                                        Assistant Attorney General

                                        JOHN J. FARGO
                                        Director

                                        s/Scott Bolden
                                        SCOTT BOLDEN
                                        Senior Trial Counsel
February 22, 2012                    Commercial Litigation Branch
                                        Civil Division
                                        Department of Justice
                                        Washington, DC  20530
                                        Telephone:     (202) 307-0262
                                        Facsimile:      (202) 307-0345