# In The United States Court of Federal Claims

No. 11-784C

(Filed: March 14, 2012)

_____

ARRIVALSTAR S.A. and
MELVINO TECHNOLOGIES LIMITED,

                Plaintiffs,

   v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      On February 22, 2012, defendant filed an unopposed motion to issue notices to an interested third parties pursuant to RCFC 14(b).  The motion is hereby **GRANTED**.  The Clerk is directed to issue notices as specified in RCFC 14(b)(3) to defendant for service upon Motorola Solutions, Inc.

      **IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge