# In The United States Court of Federal Claims

No.  11-784C

(Filed:  May 18, 2012)

_____

ARRIVALSTAR S.A. and
MELVINO TECHNOLOGIES LIMITED,

       Plaintiffs,

   v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**

_____

     Preliminary status conference will be held in this case on Thursday, June 7, 2012, at 2:00 p.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the conference.

     **IT IS SO ORDERED.**


                               s/ Francis M. Allegra_____
                               Francis M. Allegra
                               Judge