# In The United States Court of Federal Claims

No. 11-784C

(Filed: August 16, 2012)

---

ARRIVALSTAR S.A. and
MELVINO TECHNOLOGIES LIMITED,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

---

**ORDER**

---

On August 15, 2012, a telephonic status conference was held in this case. Participating in this conference were Jeff Smith, for plaintiff, and Scott Bolden, for defendant. As agreed upon by the parties during the conference, the court hereby modifies its scheduling order of June 8, 2012, as follows:

1. On or before October 9, 2012, plaintiffs shall serve on defendant its "Claim Chart" and its "Proposed Claim Construction Statement;"

2. On or before November 13, 2012, defendant shall serve on plaintiffs its "Response Chart" and its "Response to Proposed Claim Construction Statement;"

3. On or before December 7, 2012, the parties shall meet and confer and thereafter file a "Joint Claim Construction Statement;"

4. On or before January 8, 2013, the parties shall file opening briefs on claim construction;

5. On or before February 5, 2013, the parties shall file briefs in response to the opening claim construction briefs;

6. Fact discovery shall conclude on May 21, 2013;

7. Expert discovery shall begin on May 22, 2013 and conclude on August 20, 2013; and

8.    On or before September 4, 2013, the parties shall file a joint status report, indicating how this case should proceed.

At the status conference, the parties indicated that there has been a delay in obtaining discovery documents from plaintiffs' counsel in a prior suit, the law firm Niro, Haller & Niro. If plaintiffs fail to produce the requested documents, then the court will consider formal motions by the government, either to compel said production or for the issuance of a third party subpoena. Counsel for plaintiffs are hereby ordered to provide a copy of this order to prior counsel.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge