IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES,<br><br>    Defendant. | No. 11-784 C<br><br>Judge Francis M. Allegra |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to Paragraph 9 of the Court's June 8, 2012 Order, as modified by Paragraph 3 of the Court's August 16, 2012 Order, Defendant, the United States ("the government"); Plaintiff, ArrivalStar S.A.; and Plaintiff, Melvino Technologies Limited, hereby submit this Joint Claim Construction Statement.

Plaintiff ArrivalStar S.A. and Plaintiff Melvino Technologies Limited have previously asserted that the government infringed the following claims from three patents: Claims 1, 5, 13, 14, and 15 of United States Patent No. 6,714,859 ("the '859 Patent"); Claims 1, 2, 6, 7, 8, 12, 13, 19, and 20 of United States Patent No. 6,904,359[1] ("the '359 Patent"); and Claims 1, 2, and 3 of United States Patent No. 7,400,970 ("the '970 Patent"). On October 11, 2012, after Plaintiffs had served their preliminary claim construction statement, Plaintiffs cancelled most of the claims of the '859 Patent during reexamination before the United States Patent and Trademark Office. As discussed in a phone call between counsel for the government and counsel for Plaintiffs on

---

[1] As amended during reexamination. See Complaint Exhibit C.

October 16, 2012, Claim 15 is the only asserted, non-canceled claim of the '859 Patent. Accordingly, the following chart includes the proposed constructions for certain terms and phrases in the following thirteen asserted, non-canceled claims:

- Claim 15 of United States Patent No. 6,714,859;
- Claims 1, 2, 6, 7, 8, 12, 13, 19, and 20 of United States Patent No. 6,904,359[2]; and
- Claims 1, 2, and 3 of United States Patent No. 7,400,970.

In many instances, the parties have annotated the asserted claims with **bold**, [bracketed,] and/or underlined material; these annotations are added for the convenience of counsel and the Court.

Defendant's Additional Statement:  Defendant reserves the right to object to many of Plaintiffs' proposed constructions as untimely.  Plaintiffs submitted new proposed constructions to counsel for Defendant on December 6, 2012, one day before the filing date of this Joint Statement.[3]  In addition, Plaintiffs' have not identified support for their new constructions, as required by Paragraphs 5(b) and 5(c) of the Court's June 8, 2012 Order.  As a result of the untimely and unsupported modifications, counsel for Defendant has not had a full and fair opportunity to review Plaintiffs' proposed constructions.

Plaintiffs' Response to "Defendant's Additional Statement":  Plaintiffs proposed claim constructions for two claims terms in its Preliminary Claim Construction Statement served on October 9, 2012, but noted that any claim terms not construed by the parties, shall have their

---

[2] As amended during reexamination.  See Complaint Exhibit C.
[3] On October 9, 2012, Plaintiffs proposed constructions for only two claim terms: "vehicle" and "communications device." On November 13, 2012, the government provided its proposed constructions.  On December 6, 2012, Plaintiffs provided new constructions for more than twenty claim terms, generally in the form of "Plain and ordinary meaning or: [new construction]."

plain and ordinary meaning. In addition, Plaintiffs reserved the right to modify and/or amend their preliminary claim constructions, including the right to introduce additional evidence in support of the claim constructions (as did the Defendant). In response to the Defendant's proposed claim constructions for the terms and phrases that Defendant identified as requiring construction and in an effort to compromise on the definitions proposed by the Defendant, Plaintiffs provided alternative definitions, generally based on a modification of Defendant's proposed claim construction for each term or phrase identified by the Defendant. Despite the attempt to compromise, Plaintiffs still believe that most terms or phrases can be given their plain and ordinary meaning.

**I.     United States Patent No. 6,714,859**

[A] 15. A system for <u>monitoring</u> <u>vehicle</u> travel and for reporting <u>vehicle status information</u>, comprising:

[B] a <u>storage mechanism</u> configured to store <u>travel data</u> transmitted from <u>communications devices</u> associated with vehicles being monitored by said system;

[C] <u>a data manager</u> configured to receive <u>a request transmitted by a user</u>, said request including <u>information sufficient for identifying one of said vehicles</u>, said data manager further configured to retrieve travel data associated with said one vehicle from said storage mechanism in response to said request; and

[D] a first communications device configured to transmit <u>a message</u> to a second communications device, said second communications device located remotely from said first communications device and associated with said user, said message based on said travel data retrieved by said data manager and indicative of a proximity of said one vehicle from a particular location;

[E] wherein said data manager is further configured to retrieve <u>contact information associated with said user</u>, wherein said first communications device is further configured to transmit said travel data retrieved by said data manager based on said contact information;

[F] wherein said contact information includes data enabling said first communications device to establish communication with said second communications device;

[G] wherein said contact information indicates a <u>preferred medium of communication</u> for said user and at least one <u>alternate medium of communication</u> for said user.

| Claim term or phrase | Defendant's Proposed Construction | Plaintiffs' Proposed Construction |
|---|---|---|
| [A1] *Preamble* | *The preamble is limiting* | The preamble is not limiting |
| [A2] monitoring | actively track over a period of time | Plain and ordinary meaning or:<br><br>Track over a period of time |
| [A3] vehicle | a conveyance capable of locomotion (such as a bus, truck, train, plane, or human) | A medium for transporting something, for example, an automobile, train, boat or |

| | | |
|---|---|---|
| | used to transport persons or packages | other thing capable of moving across the Earth's surface or atmosphere, including a person walking or running. |
| **[A4]** vehicle status information | the vehicle's current location and/or the vehicle's estimated time of arrival at a destination | Plain and ordinary meaning or:<br><br>Information related to travel status |
| **[B1]** storage mechanism | *[Means-plus-Function limitation]*<br><br>Means:  travel data storage unit (68)<br><br>Function:  storing travel data transmitted from communications devices associated with vehicles being monitored by said system | Not a means plus function claim limitation.<br><br>Plain and ordinary meaning or:<br><br>Software and/or hardware for storing data. |
| **[B2]** travel data | information corresponding to a vehicle moving from one place to another place | Agreed. |
| **[B3]** communications devices | *[Means-plus-Function limitation]*<br><br>Means:  a modem<br><br>Function:  communicating<br><br><br>ALTERNATE DEFINITION IF HELD NOT TO BE A MEANS-PLUS-FUNCTION LIMITATION:<br>devices that transmit data to and receive data from other remotely-located devices (such as cellular modems) | Not a means plus function claim limitation.<br><br>An apparatus used to send or receive information, including a mobile phone, PDA, telephone, pager, television and/or computer. |
| **[C1]** a data manager | a controlling software routine capable of receiving and transmitting messages from communications devices and accessing and analyzing stored data | Plain and ordinary meaning or:<br><br>Software capable of receiving and transmitting messages from |

| | | communications devices and accessing and analyzing stored data |
|---|---|---|
| **[C2]** a request transmitted by a user | a communication initiated by a user for travel data that includes identifying information for one monitored vehicle | Plain and ordinary meaning or:<br><br>A communication initiated by a user. |
| **[C3]** information sufficient for identifying one of said vehicles | data that enables the data manager to identify a particular vehicle that is being monitored by the system | Plain and ordinary meaning or:<br><br>Data that enables the data manager to identify a particular vehicle. |
| **[D1]** a message | a communication that advises a user of the impending arrival of a vehicle at a vehicle stop by indicating the proximity of the vehicle from the stop | Plain and ordinary meaning or:<br><br>A communication of information. |
| **[E1]** contact information associated with said user | a number or address unique to the user that allows the user to receive communications through a medium of communication | Plain and ordinary meaning or:<br><br>Information that allows the user to receive a communication. |
| **[G1]** preferred medium of communication | a communications system used by a particular user communications device (such as a telephone, a computer, a pager) identified as preferred by the user | Plain and ordinary meaning or:<br><br>A primary system of communication (such as a first email server or a first telephone exchange) required to be input by the user. |
| **[G2]** alternate medium of communication | a different communications system used by a different user communications device (such as a telephone, a computer, a pager) identified as alternate by the user | Plain and ordinary meaning or:<br><br>An auxiliary system of communication (such as an alternative email server or an alternative telephone exchange) optionally input by the user. |

**II.     United States Patent No. 6,904,359**

**[A]** 1. A method for a <u>notification</u> system, the method for allowing a user to define when the user is to receive <u>a vehicle status report</u> relating to <u>the status of a mobile vehicle, in relation to a location</u>, the method comprising the steps of:

**[B]** (a) permitting the user <u>to predefine</u> one or more events that will cause creation and communication of the vehicle status report by the following steps:

**[C]**     (1) permitting the user to establish <u>a first communication link</u> with <u>a host computer system</u> using a user <u>communications device</u> that is remote from the host computer *system and the vehicle whose travel is being monitored, the host computer system being remote from the vehicle*;

**[D]**     (2) receiving during the first communication link at the host computer system an identification of the one or more events relating to the status, wherein the one or more events comprises at least one of the following:

> <u>distance information specified by the user that is indicative of a distance between the vehicle and the location</u>,
>
> <u>location information specified by the user that is indicative of a location or region that the vehicle achieves during travel</u>,
>
> <u>time information specified by the user that is indicative of a time for travel of the vehicle to the location</u>,
>
> or <u>a number of one or more stops that the vehicle accomplishes prior to arriving at the location</u>;

**[E]**     (3) storing the predefined one or more events in memory associated with the host computer system;

**[F]** (b) <u>analyzing data indicative of travel of the mobile vehicle</u>;

**[G]** (c) initiating <u>a second communication link</u> from the host computer system to a remote communications device to be notified, when appropriate, based upon *occurrence of* the predefined one or more events **[and]** *from the* data indicative of travel; and

**[H]** (d) delivering the *vehicle* status report from the host computer to the notified remote communications device during the second communication link, the *vehicle* status report indicating occurrence of the one or more events.

| Claim term or phrase | Defendant's Proposed Construction | Plaintiffs' Proposed Construction |
|---|---|---|
| **[A1]** *Preamble* | *The preamble is limiting* | The preamble is not limiting. |
| **[A2]** notification | message specifying a time of arrival, distance before arriving, or geographic location of a vehicle | Plain and ordinary meaning or: A message. |
| **[A3]** the status of a mobile vehicle, in relation to a location | the location of a vehicle, prior to the arrival of the vehicle at a destination; or the distance, position, or number of stops between a current position of a vehicle and the next stop of the vehicle prior to the arrival of the vehicle at a destination; or the period of time a vehicle is determined to be away from arrival at the destination | Plain and ordinary meaning. |
| **[A4]** a mobile vehicle | a locomotive conveyance (such as a bus, truck, train, plane, or human) used to transport persons or things packages | Plain and ordinary meaning with the definition of "vehicle" from above ("A medium for transporting something, for example, an automobile, train, boat or other thing capable of moving across the Earth's surface or atmosphere, including a person walking or running."). |
| **[B1]** to predefine | to initially set the conditions for | Agreed. |
| **[C1]** a first communication link | a single active, continuous connection for a communication exchange | Plain and ordinary meaning or: A connection for a communication exchange. |
| **[C2]** a host computer system | a stationary computer system that accommodates connections with a plurality of remotely located mobile communication | Plain and ordinary meaning or: A computer system that accommodates |

| | | devices | connections with a communication device. |
|---|---|---|---|
| | **[C3]** communications device | a device that transmits data to and receives data from other remote devices | An apparatus used to send or receive information, including a mobile phone, PDA, telephone, pager, television and/or computer. |
| | **[D1]** distance information specified by the user that is indicative of a distance between the vehicle and the location | a non-zero number input by the user defining a distance separating a vehicle and a location | Not asserted, so no construction needed, otherwise, plain and ordinary meaning. |
| | **[D2]** location information specified by the user that is indicative of a location or region that the vehicle achieves during travel | a perimeter, street marker, stop on a route, or latitude / longitude input by the user defining a location that a vehicle achieves during travel prior to arriving at the location | Not asserted, so no construction needed, otherwise, plain and ordinary meaning. |
| | **[D3]** time information specified by the user that is indicative of a time for travel of the vehicle to the location | a non-zero number input by the user defining an amount of time prior to arrival of the vehicle at the location | Not asserted, so no construction needed, otherwise, plain and ordinary meaning. |
| | **[D4]** a number of one or more stops that the vehicle accomplishes prior to arriving at the location | a non-zero number input by the user defining the number of stops that the vehicle makes prior to arrival of the vehicle at the location | A plurality of stops that the vehicle makes prior to arrival at the location. |
| | **[F1]** analyzing data indicative of travel of the mobile vehicle | comparing actual vehicle location in relation to scheduled vehicle location | Plain and ordinary meaning or:<br><br>Comparing information relating to a vehicle moving from one place to another place |
| | **[G1]** a second communication link | a single active, continuous connection for communication that is initiated sometime after the end of the first communication link | Plain and ordinary meaning or:<br><br>A communication that is initiated sometime after the end of the first communication link. |
| | **[G2]** when appropriate | after the user's one or more predefined events have occurred and before arrival of the vehicle at the location | Plain and ordinary meaning or:<br><br>After one or more predefined events have |

|  |  | occurred. |
|--|--|--|

2. The method of claim 1, wherein the notification system is a computer system, the computer system being a single computer or a distributed computer architecture comprising a plurality of computers that are communicatively coupled.

*No additional claim construction is currently believed to be necessary with respect to the limitations in this claim.*

6. The method of claim 1, wherein the status report is communicated over the Internet to the notified remote communications device.

*No additional claim construction is currently believed to be necessary with respect to the limitations in this claim.*

7. The method of claim 1, wherein the status report is an email that is communicated, at least in part, over the Internet.

*No additional claim construction is currently believed to be necessary with respect to the limitations in this claim.*

8. The method of claim 1, further comprising the steps of receiving an email address, storing the email address, and communicating the status report to the stored email address.

*No additional claim construction is currently believed to be necessary with respect to the limitations in this claim.*

12. The method of claim 1, wherein the vehicle is a plane, train, boat, or motor vehicle.

*No additional claim construction is currently believed to be necessary with respect to the limitations in this claim.*

13. The method of claim 1, wherein the notified remote communications device is a computer, television, pager, or telephone.

*No additional claim construction is currently believed to be necessary with respect to the limitations in this claim.*

**[A]** 19. A method for implementation in connection with <u>a notification system</u>, comprising the steps of:

**[B]** (a) permitting a user <u>to predefine</u> one or more events that will cause creation and communication of a <u>notification</u> relating to <u>the status of a mobile vehicle in relation to a location</u>, by the following steps:

**[C]**    (1) permitting the user to electronically communicate during <u>a first communication link</u> with the notification system from a user <u>communications device</u> that is remote from the notification system *and the vehicle whose travel is being monitored, the notification system being located remotely from the vehicle*;

**[D]**    (2) receiving at the notification system during the first communication link an identification of the one or more events relating to the status of the vehicle, wherein the one or more events comprises at least one of the following:

   <u>distance information specified by the user that is indicative of a distance between the vehicle and the location,</u>

   <u>location information specified by the user that is indicative of a location or region that the vehicle achieves during travel</u>,

   <u>time information specified by the user that is indicative of a time for travel of the vehicle to the location,</u>

   or <u>a number of one or more stops that the vehicle accomplishes prior to arriving at the location</u>;

**[E]** (b) initiating <u>a second communication link</u> from the host computer system to a remote communications device to be notified *of the status of the mobile vehicle in relation to the location*, <u>when appropriate</u>, based upon *occurrence of* the predefined one or more events *by the vehicle during the travel*.

| Claim term or phrase | Defendant's Proposed Construction | Plaintiffs' Proposed Construction |
|---|---|---|
| **[A1]** *Preamble* | *The preamble is limiting* | The preamble is not limiting. |
| **[A2]** a notification system | a computer system that provides notifications (as defined herein) to users | Plain and ordinary meaning or:<br><br>Agreed if using Plaintiffs' definition of "notification." |
| **[B1]** to predefine | See Section II, Claim 1 [B1] | |
| **[B2]** notification | See Section II, Claim 1 [A2] | |
| **[B3]** the status of a mobile vehicle in relation to a location | See Section II, Claim 1 [A3] | |
| **[B3]** a mobile vehicle | See Section II, Claim 1 [A4] | |
| **[C1]** a first communication link | See Section II, Claim 1 [C1] | |
| **[C2]** communications device | See Section II, Claim 1 [C3] | |
| **[D1]** distance information specified by the user that is indicative of a distance between the vehicle and the location | See Section II, Claim 1 [D1] | |
| **[D2]** location information specified by the user that is indicative of a location or region that the vehicle achieves during travel | See Section II, Claim 1 [D2] | |
| **[D3]** time information specified by the user that is indicative of a time for travel of the vehicle to the location | See Section II, Claim 1 [D3] | |
| **[D4]** a number of one or more stops that the vehicle accomplishes prior to arriving at the location | See Section II, Claim 1 [D4] | |
| **[E1]** a second communication link | See Section II, Claim 1 [G1] | |
| **[E2]** when appropriate | See Section II, Claim 1 [G3] | |

20. The method of claim 19, further comprising the step of delivering a status report during the second electronic communication, the status report indicating occurrence of the one or more events.

*No additional claim construction is currently believed to be necessary with respect to the limitations in this claim.*

### III.     United States Patent No. 7,400,970

**1. [A]** A <u>computer based notification system</u>, comprising:

**[B]** <u>means for enabling communication with a user that is designated to receive delivery of a package</u>;

**[C]** <u>means for presenting one or more selectable options to the user</u>, the selectable options including at least an activation option for instigating monitoring of travel data associated with <u>a vehicle</u> that is delivering the package to the user;

**[D]** <u>means for requesting entry by the user of a package identification number or package delivery number</u>, each pertaining to delivery of the package;

**[E]** <u>means for identifying the vehicle based upon the entry</u>;

**[F]** <u>means for requesting entry by the user of contact information indicating one or more communication media to be used in connection with a notification communication to the user</u>;

**[G]** <u>means for monitoring the travel data</u>; and

**[H]** <u>means for initiating the notification communication pertaining to the package via the one or more communication media, based upon the travel data</u>.

| Claim term or phrase | Defendant's Proposed Construction | Plaintiffs' Proposed Construction |
|---|---|---|
| **[A1]** *Preamble* | *The preamble is limiting* | The preamble is not limiting |
| **[A2]** computer based | implemented in software, hardware, or a combination thereof | Agreed. |
| **[B1]** means for enabling communication with a user that is designated to receive delivery of a package | *[Means-plus-Function limitation]*<br><br>Function:  enabling communication with a user that is designated to receive delivery of a package | Agreed. |

| | Corresponding Structure: a telephone, an e-mail message, the Internet | |
|---|---|---|
| **[C1]** means for presenting one or more selectable options to the user | *[Means-plus-Function limitation]*<br><br>Function: presenting one or more selectable options to the user<br><br>Corresponding Structure: message manager (82) | Agreed. |
| **[C2]** a vehicle | a conveyance capable of locomotion (such as a bus, truck, train, plane, or human) used to transport persons or packages | A medium for transporting something, for example, an automobile, train, boat or other thing capable of moving across the Earth's surface or atmosphere, including a person walking or running. |
| **[D1]** means for requesting entry by the user of a package identification number or package delivery number | *[Means-plus-Function limitation]*<br><br>Function: requesting entry by the user of a package identification number or package delivery number<br><br>Corresponding Structure: *The means-plus-function limitation lacks sufficient corresponding structure* | Agreed that the limitation is in means-plus-function format, and agreed to the Defendant's proposed function, but:<br><br>The structure is the Message Manager. |
| **[E1]** means for identifying the vehicle based upon the entry | *[Means-plus-Function limitation]*<br><br>Function: identifying the vehicle [that is delivering the package to the user] based upon the entry [by the user of a package identification number or package delivery number]<br><br>Corresponding Structure: a database that relates said entered package number to said | Agreed. |

| | delivery vehicle | |
|---|---|---|
| **[F1]** means for requesting entry by the user of contact information indicating one or more communication media to be used in connection with a notification communication to the user | *[Means-plus-Function limitation]*<br><br>Function:  requesting entry by the user of contact information indicating one or more communication media to be used in connection with a notification communication to the user<br><br>Corresponding Structure:  message manager (82) | Agreed. |
| **[F2]** communication media | a communications system used by a particular user communications device (such as a telephone, a computer, a pager) | Plain and ordinary meaning or:<br><br>An apparatus used to send or receive information, including a mobile phone, PDA, telephone, pager, television and/or computer. |
| **[F3]** a notification communication to the user | a communication to the user that indicates an impending arrival of the identified vehicle at the destination | Plain and ordinary meaning or:<br><br>A communication to the user. |
| **[G1]** means for monitoring the travel data | *[Means-plus-Function limitation]*<br><br>Function:  monitoring the travel data<br><br>Corresponding Structure:  GPS satellites (23); wireless signals (21a-21c); VCU (15); sensor (18); vehicle manager (29); base station manager (39); communication devices (44); travel data storage unit (68); and monitoring mechanism (69) | *[Means-plus-Function limitation]*<br><br>Function:  monitoring the travel data<br><br>Corresponding Structure to perform the claimed function, includes at least one or more of the following:  GPS satellites (23); wireless signals (21a-21c); VCU (15)(including "optionally, one or more input devices, e.g., a bar code scanner, hand held remote data entry device, or switches (such as buttons) that may be operated by the vehicle driver"); sensor |

| | | (18); vehicle manager (29); base station manager (39); communication devices (44); travel data storage unit (68); monitoring mechanism (69) |
|---|---|---|
| **[H1]** means for initiating the notification communication pertaining to the package via the one or more communication media, based upon the travel data | *[Means-plus-Function limitation]*<br><br>Function: initiating the notification communication pertaining to the package via the one or more communication media, based upon the travel data<br><br>Corresponding Structure: message manager (82); monitoring mechanism (69); and user database (78) | Agreed. |

2. The system of claim 1, wherein the presenting means further presents an option for instigating retrieval of travel data pertaining to a certain vehicle and an option for instigating modification of existing user defined preferences.

   *No additional claim construction is currently believed to be necessary with respect to the limitations in this claim.*

3. The system of claim 1, further comprising a <u>means for prompting the user to enter travel data preferences pertaining to when the user wishes initiation of the notification communication in relation to the travel data</u>.

| **Claim term or phrase** | **Defendant's Proposed Construction** | **Plaintiffs' Proposed Construction** |
|---|---|---|
| means for prompting the user to enter travel data preferences pertaining to when the user wishes initiation of the notification communication in relation to the travel data | *[Means-plus-Function limitation]*<br><br>Function: prompting the user to enter travel data preferences pertaining to when the user wishes initiation of the notification communication in relation to the travel data | Agreed. |

|  | Corresponding Structure:  message manager (82) |  |
|---|---|---|

Respectfully submitted,

STUART F. DELERY
Principal Deputy Assistant Attorney General

JOHN J. FARGO
Director

December 7, 2012

SCOTT BOLDEN
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC  20530
Telephone:   (202) 307-0262
Facsimile:   (202) 307-0345

Dated: December 7, 2012

*[signature: Anthony Dowell]*
Anthony E. Dowell
aedowell@dowellbaker.com
DOWELL BAKER, P.C.
201 Main St., Suite 710
Lafayette, IN 47901
(765) 429-4004
(765) 429-4114 (fax)

**ATTORNEY FOR PLAINTIFFS
ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED**