# In The United States Court of Federal Claims

No. 11-784C

(Filed: January 4, 2013)

_____

ARRIVALSTAR S.A. and
MELVINO TECHNOLOGIES LIMITED,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On January 3, 2013, defendant filed an unopposed motion for leave to exceed the 40-page limit pursuant to RCFC 5.4(b)(1) for its opening brief on claim construction. The motion is hereby **GRANTED**, in part, and **DENIED**, in part. The parties shall file opening briefs no more than 60 pages in length (*i.e.*, each party will have 20 additional pages above the 40-page limit).

**IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge