IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ARRIVALSTAR S.A. and MELVINO TECHNOLOGIES LIMITED,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES,<br><br>    Defendant. | No. 11-784 C<br><br>Judge Francis M. Allegra |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(l)(A)(ii) of the Rules of the Court of Federal Claims, Plaintiffs ArrivalStar S.A. ("ArrivalStar") and Melvino Technologies Limited ("Melvino"), and Defendant the United States, by and through their respective undersigned counsel of record, hereby stipulate to and agree that this action, including all claims asserted therein, is hereby dismissed with respect to all parties, with prejudice, with each party to bear its own costs and attorneys' fees.

In addition, Plaintiffs do hereby release, forever discharge, and covenant not to sue Defendant from any and all claims, actions, causes of action, suits, damages, injuries, duties, rights, obligations, liabilities, adjustments, responsibilities, judgments, trespasses, and demands, whatsoever, in law or in equity, whether known or unknown, suspected or unsuspected to exist, now existing or later acquired, which were made or could have been made or may be made in the future by Plaintiffs relating to United States Patent Nos. 6,278,936; 6,714,859; 6,904,359; 7,089,107; 7,400,970; and any other patents that may issue claiming priority from the above (collectively " the Patents"). This release and covenant not to sue shall be binding upon Melvino, ArrivalStar, their successors, principals and assigns as well as any future successor owner of the Patents.

2

Dated: January 7, 2013

*[signature: Anthony Dowell]*

Anthony E. Dowell
aedowell@dowellbaker.com
DOWELL BAKER, P.C.
201 Main St., Suite 710
Lafayette, IN 47901
(765) 429-4004
(765) 429-4114 (fax)

**ATTORNEY FOR PLAINTIFFS
ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED**

Respectfully submitted,

STUART F. DELERY
Principal Deputy Assistant Attorney General

JOHN J. FARGO
Director

January 3, 2013

SCOTT BOLDEN
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC  20530
Telephone:   (202) 307-0262
Facsimile:    (202) 307-0345

Counsel for the United States